CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on March 21, 2011**



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 10–47812–JKO**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Norman Leaich
7712 SW 5 St
North Lauderdale, FL 33068

SSN: xxx–xx–0179

Linda Leaich
7712 SW 5 St
North Lauderdale, FL 33068

SSN: xxx–xx–2911

## FINAL DECREE

The trustee, Leslie S Osborne, having filed a final report that the estate has been fully administered, is discharged and the case is closed.